**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARTHA ISABEL PALACIOS,

                Plaintiff,

-against-

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,
                Defendant.
-----------------------------------------------------------X

17 CIVIL 4802 (ALC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated September 24, 2018, Plaintiff's motion for judgment on the pleadings is granted, and the Commissioner's motion for judgment on the pleadings is denied; this matter is remanded for further proceeding consistent with the Opinion and Order of this Court; accordingly, this case is closed, without prejudice to its being reopened in the event additional proceedings in this Court are warranted following remand.

**Dated:** New York, New York
         September 26, 2018

                                                              **RUBY J. KRAJICK**
                                                              _____
                                                                    **Clerk of Court**
                                             **BY:** _____
                                                                   **Deputy Clerk**

                                                                  THIS DOCUMENT WAS ENTERED
                                                                  ON THE DOCKET ON _____